IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBI SATTERLEY, INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED, | Civil Action No. |
| | 1:21-cv-00875-TWT |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| LIEBROCK & LIEBROCK LOGISTICS LLC, | |
| Defendant. | |

## **ORDER**

Before the Court is the foregoing Joint Stipulation of Dismissal. Upon due consideration, and for the reasons set forth therein, the Joint Stipulation is hereby GRANTED, and this action is dismissed with prejudice.

IT IS SO ORDERED this __8th__ day of __July__, 2021.

_____
UNITED STATES DISTRICT JUDGE